UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Demetrius Huff
                    Plaintiff,
v.                                              Case No.: 1:16–cv–09438
                                                Honorable Joan H. Lefkow
Comenity LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2017:

   MINUTE entry before the Honorable Joan H. Lefkow: It is reported that this case is settled. Status hearing of 1/17/2017 is stricken and reset for 3/8/2017 at 09:30 AM by agreement. If dismissal paperwork is submitted prior to 3/8/2017, parties need not appear.Mailed and telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.