## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS HUFF, | ) | |
| | ) | Case No. 1:16-cv-09438 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Joan Humphrey Lefkow |
| v. | ) | |
| | ) | |
| COMENITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DEMETRIUS HUFF, and Defendant, COMENITY LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By:  /s/ David B. Levin                          By:  /s/Jennifer L. Majewski
Attorney for Plaintiff                                 Attorney for Defendant
Law Offices of Todd M. Friedman P.C.                   Pilgrim Christakis LLP
111 West Jackson, Suite 1700                           321 North Clark Street, 26th Floor
Chicago, IL 60604                                      Chicago, IL 60654
Phone: (312) 212-4355                                  Phone: (312) 939-0953
Fax: (866) 633-0228                                    Fax:  (312) 939-0983
dlevin@toddflaw.com                                    jmajewski@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff