# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Demetrius Huff

                    Plaintiff,

v.                                            Case No.: 1:16–cv–09438
                                            Honorable Joan H. Lefkow

Comenity LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing of 3/8/2017 stricken. Pursuant to Stipulation of Dismissal With Prejudice [15], case dismissed with prejudice with each party to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.